Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: BUNCE, JOHN | § | Case No. 14-36191 |
|      BUNCE, NANCY | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

    1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 06, 2014.  The undersigned trustee was appointed on *bad date*.

    2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

    3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

    4. The trustee realized the gross receipts of     $    8,662.80

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 33.25 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 8,629.55 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/23/2015 and the deadline for filing governmental claims was 04/04/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,616.28. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,616.28, for a total compensation of $1,616.28.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $22.50, for total expenses of $22.50.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/27/2015    By: /s/Ira Bodenstein
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| **Case Number:** | 14-36191 | | **Trustee:** | (330129) | Ira Bodenstein |
| --- | --- | --- | --- | --- | --- |
| **Case Name:** | BUNCE, JOHN | | **Filed (f) or Converted (c):** | 10/06/14 (f) | |
| | BUNCE, NANCY | | **§341(a) Meeting Date:** | 11/21/14 | |
| **Period Ending:** | 07/27/15 | | **Claims Bar Date:** | 04/23/15 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 2014 Federal income tax refund | 0.00 | 0.00 | | 2,086.00 | FA |
| 2 | 129 shares of Integrys Energy | 9,181.09 | 0.00 | | 6,576.80 | FA |
| 3 | Alpine Bank Account<br>  Checking xxxxxx4210 | 223.13 | 0.00 | | 0.00 | FA |
| 4 | Alpine Bank Account<br>  Savings xxxxxx4897 | 125.54 | 0.00 | | 0.00 | FA |
| 5 | Chase Bank Account<br>  Checking xxxxxx8217 | 838.43 | 0.00 | | 0.00 | FA |
| 6 | Bank of America Account<br>  Savings xxxxx9125 | 400.00 | 0.00 | | 0.00 | FA |
| 7 | Peoples Energy Credit Union<br>  Checking xxxxx3460 | 1,124.43 | 0.00 | | 0.00 | FA |
| 8 | Household Goods and Furnishings | 695.00 | 0.00 | | 0.00 | FA |
| 9 | Personal clothing | 200.00 | 0.00 | | 0.00 | FA |
| 10 | Joint Debtor's MetLife Whole Life Policy | 14,000.00 | 0.00 | | 0.00 | FA |
| 11 | Debtor's 401K with Peoples Energy | 88,226.23 | 0.00 | | 0.00 | FA |
| 12 | 2001 Mitsubishi Mirage | 1,400.00 | 0.00 | | 0.00 | FA |
| 13 | 1999 Chevy Suburban | 1,600.00 | 0.00 | | 0.00 | FA |
| 14 | 1965 Chevy Corvair | 100.00 | 0.00 | | 0.00 | FA |
| 15 | Single Family Home 5021 W. Grace, Chicago, Il | 150,000.00 | 0.00 | OA | 0.00 | FA |
| 16 | 2 Unit Duplex, 3207 Montrose, Rockford, IL | 80,000.00 | 5,000.00 | OA | 0.00 | FA |
| 17 | 2 Unit Duplex 2906 Sitka Lane, Rockford IL | 60,000.00 | 0.00 | OA | 0.00 | FA |
| 18 | Vacant lot, Newfoundland, PA | 7,000.00 | 2,542.70 | OA | 0.00 | FA |
| 19 | Vacant lot, Newfoundland PA | 6,700.00 | 2,242.70 | OA | 0.00 | FA |
| 20 | 2 Unit Duplex, 3225 Sablewood, Rockford, IL | 67,000.00 | 0.00 | OA | 0.00 | FA |
| 20 | **Assets** **Totals** (Excluding unknown values) | **$488,813.85** | **$9,785.40** | | **$8,662.80** | **$0.00** |

**Major Activities Affecting Case Closing:**

  4/20/2015- Liquidate Integrys stock

Printed: 07/27/2015 09:26 AM    V.13.23

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 14-36191  
**Case Name:** BUNCE, JOHN  
BUNCE, NANCY  
**Period Ending:** 07/27/15

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 10/06/14 (f)  
**§341(a) Meeting Date:** 11/21/14  
**Claims Bar Date:** 04/23/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Review claims<br>Prepare TFR | | | | | |

**Initial Projected Date Of Final Report (TFR):** December 31, 2015        **Current Projected Date Of Final Report (TFR):** December 31, 2015

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 14-36191 | | Trustee: | Ira Bodenstein (330129) |
|---|---|---|---|---|
| Case Name: | BUNCE, JOHN | | Bank Name: | Rabobank, N.A. |
| | BUNCE, NANCY | | Account: | ******7166 - Checking Account |
| Taxpayer ID #: | **-***4168 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 07/27/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/17/15 | {1} | John Bunce | 2014 federal tax refund | 1224-000 | 2,086.00 | | 2,086.00 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,076.00 |
| 05/07/15 | {2} | Chase | Sale of Integrys Stock | 1129-000 | 6,576.80 | | 8,652.80 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 8,642.80 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.25 | 8,629.55 |
| | | | ACCOUNT TOTALS | | 8,662.80 | 33.25 | $8,629.55 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 8,662.80 | 33.25 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,662.80** | **$33.25** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******7166** | 8,662.80 | 33.25 | 8,629.55 |
| | **$8,662.80** | **$33.25** | **$8,629.55** |

{} Asset reference(s)

Printed: 07/27/2015 09:26 AM    V.13.23

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 23, 2015

**Case Number:** 14-36191  
**Debtor Name:** BUNCE, JOHN

Page: 1

**Date:** July 27, 2015  
**Time:** 09:26:54 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $1,616.28 | $0.00 | 1,616.28 |
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $22.50 | $0.00 | 22.50 |
| NOTFILED 505 | Winnebago Co. Treasurer<br>PO Box 1216<br>Rockford, IL 61105-1216 | Priority | 11-10-205-005 | $0.00 | $0.00 | 0.00 |
| NOTFILED 505 | Winnebago Co. Treasurer<br>PO Box 1216<br>Rockford, IL 61105-1216 | Priority | 11-10-205-001 | $0.00 | $0.00 | 0.00 |
| NOTFILED 505 | Cindy Ziegler-Hefty<br>PO Box 99<br>Sterling, PA 18463 | Priority | 26-0-0005-0162 | $0.00 | $0.00 | 0.00 |
| NOTFILED 505 | Cindy Ziegler-Hefty<br>PO Box 99<br>Sterling, PA 18463 | Priority | 26-0-0005-0161 | $0.00 | $0.00 | 0.00 |
| NOTFILED 505 | Winnebago Co. Treasurer<br>PO Box 1216<br>Rockford, IL 61105-1216 | Priority | 11-15-130-019 | $0.00 | $0.00 | 0.00 |
| NOTFILED 505 | Wayne County Tax Claim Bureau, Wayne Co.<br>Courthouse 925 Court Street, Honesdale Pa | Priority | 26-0-0005-0162 | $0.00 | $0.00 | 0.00 |
| NOTFILED 505 | Wayne County Tax Claim Bureau, Wayne Co.<br>Courthouse 925 Court Street, Honesdale Pa | Priority | 26-0-0005-0161 | $0.00 | $0.00 | 0.00 |
| NOTFILED 505 | Winnebago Co. Treasurer<br>PO Box 1216<br>Rockford, IL 61105-1216 | Priority | 11-10-205-005 | $0.00 | $0.00 | 0.00 |
| NOTFILED 505 | Winnebago Co. Treasurer<br>PO Box 1216<br>Rockford, IL 61105-1216 | Priority | 11-15-130-019 | $0.00 | $0.00 | 0.00 |
| NOTFILED 505 | Winnebago Co. Treasurer<br>PO Box 1216<br>Rockford, IL 61105-1216 | Priority | 11-10-205-005 | $0.00 | $0.00 | 0.00 |
| NOTFILED 505 | Winnebago Co. Treasurer<br>PO Box 1216<br>Rockford, IL 61105-1216 | Priority | 11-15-130-019 | $0.00 | $0.00 | 0.00 |
| 6 100 | Alpine Bank & Trust Company f/k/a Alpine Bank of<br>P.O. Box 6086<br>Rockford, IL 61125 | Secured | Claim Withdrawn 7/22/2015 Dkt # 36 | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 23, 2015

**Case Number:** 14-36191  
**Debtor Name:** BUNCE, JOHN

Page: 2

**Date:** July 27, 2015  
**Time:** 09:26:54 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 610 | Wayne County Tax Claim Bureau<br>Wayne Co. Courthouse<br>925 Court Street<br>Honesdale, PA 18431-1994 | Unsecured | Newfoundland PA Prperty ordered abandoned. Treat as unsecured. | $3,386.03 | $0.00 | 3,386.03 |
| 2 610 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | 82007 | $67.58 | $0.00 | 67.58 |
| 3 610 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | 3216 | $668.90 | $0.00 | 668.90 |
| 4 610 | MAIN STREET ACQUISITION CORP., ASSIGNEE<br>of DISCOVER BANK,c/o Becket & Lee,LLP<br>P.O.Box 3001<br>Malvern, PA 19355-0701 | Unsecured | 9271 | $1,829.96 | $0.00 | 1,829.96 |
| 5 610 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured | 3084 | $2,369.07 | $0.00 | 2,369.07 |
| NOTFILED 610 | Cardio Assoc-Glenbrook<br>Evanston, PO Box 88275,<br>Dept A, Chicago, IL 60680 | Unsecured | 565574 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Cardio Assoc-Glenbrook<br>Evanston, PO Box 88275,<br>Dept A, Chicago, IL 60680 | Unsecured | 565574 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | HSBC Card Svcs/GM<br>PO Box 71107<br>Charlotte, NC 28272 | Unsecured | 3268 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Division Medical Group do Van<br>Ru Credit, 1350 E. Touhy, Ste<br>100e, Des Plaines, IL 60018 | Unsecured | xxxx4132 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Jeffrey S. Wittmus, DDS<br>5315 N. Central Avenue<br>Chicago, IL 60630 | Unsecured | 301 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Home Depot Credit Services<br>Dept. 32 - 2132502471<br>PO Box 183175<br>Columbus, OH 43218-3175 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Kohl's Payment Ctr.<br>PO Box 2983<br>Milwaukee, WI 53201-2983 | Unsecured | 8677 | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 23, 2015

**Case Number:** 14-36191  
**Debtor Name:** BUNCE, JOHN

Page: 3

**Date:** July 27, 2015  
**Time:** 09:26:54 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| NOTFILED 610 | Home Depot/Citibank<br>c/0 Northland Group Inc.<br>PO Box 390905<br>Minneapolis, MN 55439 | Unsecured | 3975 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase Bank c/o MRS Assoc.<br>of NJ, 1930 Olney Ave.,<br>Cherry Hill, NJ 08003 | Unsecured | 878136 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Northwest Orthopaedic<br>Assoc., 7447 W. Talcott,<br>#500, Chicago, IL 60631 | Unsecured | JGBO5 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Meijer Pharmacy/GECRB<br>PO Box 960015<br>Orlando, FL 32896 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Talcott Internal Medicine<br>7447 W. Talcott, Ste 262<br>Chicago, IL 60631 | Unsecured | | $0.00 | $0.00 | 0.00 |
| **<< Totals >>** | | | | 9,960.32 | 0.00 | 9,960.32 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 14-36191
Case Name: BUNCE, JOHN
Trustee Name: Ira Bodenstein

**Balance on hand:** $ 8,629.55

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 8,629.55

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 1,616.28 | 0.00 | 1,616.28 |
| Trustee, Expenses - Ira Bodenstein | 22.50 | 0.00 | 22.50 |

Total to be paid for chapter 7 administration expenses: $ 1,638.78
Remaining balance: $ 6,990.77

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 6,990.77

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 6,990.77

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 8,321.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 84.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Wayne County Tax Claim Bureau | 3,386.03 | 0.00 | 2,844.54 |
| 2 | American Express Centurion Bank | 67.58 | 0.00 | 56.77 |
| 3 | Citibank, N.A. | 668.90 | 0.00 | 561.93 |
| 4 | MAIN STREET ACQUISITION CORP., ASSIGNEE | 1,829.96 | 0.00 | 1,537.32 |
| 5 | American InfoSource LP as agent for | 2,369.07 | 0.00 | 1,990.21 |

Total to be paid for timely general unsecured claims: $ 6,990.77
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**