Ira Bodenstein                     The Honorable:        PAMELA S. HOLLIS
Shaw Fishman                       Chapter 7
321 N. Clark St., Ste. 800
Chicago, IL  60654                 Hearing Date:    <u>09/16/2015</u>
(312) 6666-2861                    Hearing Time:    <u>10:30 am</u>
   Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:    BUNCE, JOHN            §      Case No. 14-36191
          BUNCE, NANCY           §
                                 §
Debtor(s)                        §

### AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATION FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>Ira Bodenstein</u>, trustee of the above styled estate, has filed a Final Report and the trustee has filed a final fee application, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street
Chicago, IL. 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30 am on  09/16/2015 in Courtroom 644, United States Courthouse, 219 South Dearborn Street, Chicago, IL. 60604.  If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 08/25/2015 _____     By: __Ira Bodenstein_____
                                            Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 14-36191-PSH
John Bunce                                                              Chapter 7
Nancy Bunce
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1        User: arodarte        Page 1 of 2              Date Rcvd: Aug 26, 2015
                           Form ID: pdf006        Total Noticed: 61


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2015.
```
db/jdb       +John Bunce,    Nancy Bunce,    5021 West Grace Street,    Chicago, IL 60641-3451
22483675     +Alpine Bank,    PO Box 6086,    Rockford, IL 61125-1086
22483676     +Alpine Bank,    1700 N. Alpine Road,    Rockford, IL 61107-1459
23365399     +Alpine Bank & Trust Company f/k/a Alpine Bank of,    P.O. Box 6086,    Rockford, IL 61125-1086
22483678      American Express,    PO Box 981535,    El Paso, TX 79998-1535
22483677      American Express,    PO Box 0001,    Los Angeles, CA 90096-8000
23005161      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
22483679     +Anthony J. Peraica & Associates, Ltd.,    5130 S. Archer Avenue,    Chicago, IL 60632-4859
22483681      Capital Management Services LP,    698 1/2S. Ogden St.,    Buffalo, NY 14206-2317
22483682     +Cardio Assoc-Glenbrook/Evanston,    PO Box 88275,   Dept. A,    Chicago, IL 60680-1275
22555099     +Cardiovascular Associates,    of Glenbrook & Evanston,    2501 Compass Rd, #100,
               Glenview, IL 60026-8000
22483683      Chase,    PO Box 9001020,    Louisville, KY 40290-1020
22483685      Chase,    PO Box 24696,    Columbus, OH 43224-0696
22483684      Chase,    PO Box 78420,    Phoenix, AZ 85062-8420
22483687     +Chase Cardmember Service,    PO Box 15298,    Wilmington, DE 19850-5298
22483686      Chase Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
22483688     +Cindy Ziegler-Hefty,    PO Box 99,    Sterling, PA 18463-0099
22483689      Citi Cards,    Processing Center,    Des Moines, IA 50363-0005
22483690     +Citi Cards,    Box 6500,    Sioux Falls, SD 57117-6500
22483691     +Clerk of the Circuit Court,    Winnebago County,    400 W. State Street,
               Rockford, IL 61101-1233
22483692     +Earnestine Horton,    4156 Ardmore Ave.,    Rockford, IL 61102-4509
22483693      Equifax,    Attn: Bankruptcy Dept.,    P.O. Box 740241,    Atlanta, GA 30374-0241
22483694      Estate Information Services LLC,    dba EIS Collections,    PO Box 1730,
               Reynoldsburg, OH 43068-8730
22483695     +Experian,    Attn: Bankruptcy Dept.,    P.O. Box 2002,    Allen, TX 75013-2002
22483702     +HSBC Card Services,    PO Box 71107,    charlotte, NC 28272-1107
22483703      HSBS Card Services,    Customer Care,    PO Box 80082,    Salinas, CA 93912-0082
22483700      Home Depot Credit Services,    Dept 32 - 2132502471,    PO Box 183175,    Columbus, OH 43218-3175
22483698      Home Depot Credit Services,    Processing Center,    Des Moines, IA 50364-0500
22483699     +Home Depot Credit Services,    PO Box 790328,    St. Louis, MO 63179-0328
22483701     +Home Depot Credit Services,    PO Box 790345,    St. Louis, MO 63179-0345
22483706     +Jeffrey S. Wittmus, DDS,    5315 N. Central Ave.,    Chicago, IL 60630-1302
22483707     +John & Nancy Bunce,    5021 W. Grace St.,    Chicago, IL 60641-3451
22483708     +Johnson Blumberg & Assoc., LLS,    230 W. Monroe St.,    Suite 1125,    Chicago, IL 60606-4723
23153845      MAIN STREET ACQUISITION CORP., ASSIGNEE,    of DISCOVER BANK,    c/o Becket & Lee, LLP,
               Attorneys/Agent for Creditor,    POB 3001,    Malvern, PA 19355-0701
22483720     +MRS Assoc. of New Jersey,    1930 Olney Ave.,    cherry Hill, NJ 08003-2016
22483712     +Main Street Acquisition Corp.,    PO Box 9201,    Old Bethpage, NY 11804-9001
22483711      Main Street Acquisition Corp.,    PO Box 31032,    Tampa, FL 33631-3032
22483713     +Markoff Law LLC,    29 N. Wacker Drive,    Suite 550,    Chicago, IL 60606-2851
22483718     +MetLife,    700 Quaker Lane,    P.O. Box 350,    Warwick, RI 02887-0350
22483717     +MetLife,    700 Quaker Lane,    PO Box 316,    Warwick, RI 02887-0316
22483716      MetLife Client Services,    PO Box 8000,    Johnstown, PA 15907-8000
22483715     +MetLife, Inc.,    Bankruptcy Dept.,    200 Park Avenue,    New York, NY 10166-0005
22483719     +Metropolitan Life Insurance Co.,    PO Box 336,    Warwick, RI 02887-0336
22483721     +Northland Group Inc.,    PO Box 390905,    Minneapolis, MN 55439-0905
22483722     +Northwest Orthopaedic Assoc.,    7447 W. Talcott, #500,    Chicago, IL 60631-3716
22483723     +Pocono Springs Civic Association,    331 S. Turnpike Road,    Newfoundland, PA 18445-5051
22483725      Sunrise Credit Services, Inc,    PO Box 9100,    Farmingdale, NY 11735-9100
22483726     +Talcott Internal Medicine & Card.,    7447 W. Talcott, Suite 262,    Chicago, IL 60631-3713
22483727     +TransUnion LLC,    Attn: Bankruptcy Dept.,    P.O. Box 1000,    Chester, PA 19016-1000
22483728     +Van Ru Credit Corporation,    1350 E. Touhy Ave., Ste 100E,    Des Plaines, IL 60018-3337
22483729      Wayne County Tax Claim Bureau,    Wayne Co. Courthouse,    925 Court Street,
               Honesdale, PA 18431-1994
22483730      Winnebago County Treasurer,    PO Box 1216,    Rockford, IL 61105-1216
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
23158114      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 27 2015 01:35:27
               American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
               Oklahoma City, OK 73126-8941
22483680     +E-mail/Text: mmeyers@blittandgaines.com Aug 27 2015 01:16:30     Blitt & Gaines, PC,
               661 Glenn Avenue,    Wheeling, IL 60090-6017
23143084      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 27 2015 01:34:57     Citibank, N.A.,
               c/o American InfoSource LP,    PO Box 248840,    Oklahoma City, OK 73124-8840
22483696     +E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2015 09:12:35     GE Capital Retail Bank,
               PO Box 103104,    Roswell, GA 30076-9104
22483697      E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2015 09:12:31     GE Capital Retail Bank,
               PO Box 965004,    Orlando, FL 32896-5004
22483710      E-mail/Text: bnckohlsnotices@becket-lee.com Aug 27 2015 01:13:59     Kohl's,    PO Box 3043,
               Milwaukee, WI 53201-3043
```

```
District/off: 0752-1          User: arodarte         Page 2 of 2          Date Rcvd: Aug 26, 2015
                             Form ID: pdf006         Total Noticed: 61
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
22483709        E-mail/Text: bnckohlsnotices@becket-lee.com Aug 27 2015 01:13:59     Kohl's Payment Center,
                PO Box 2983,   Milwaukee, WI 53201-2983
22483714        E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2015 09:12:27     Meijer Platinum MC/GECRB,
                PO Box 960015,   Orlando, FL 32896-0015
22483724        E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2015 09:12:35     Sam's Club Discover/GECRB,
                PO Box 960013,   Orlando, FL 32896-0013
                                                                                        TOTAL: 9


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22483705*      +GE Capital Retail Bank,   PO Box 103104,   Roswell, GA 30076-9104
22483704*       GE Capital Retail Bank,   PO Box 965004,   Orlando, FL 32896-5004
                                                                            TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2015                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2015 at the address(es) listed below:
              Anthony J Peraica   on behalf of Debtor John  Bunce peraicalaw@aol.com,  cwinans@peraica.com
              Anthony J Peraica   on behalf of Joint Debtor Nancy  Bunce peraicalaw@aol.com,
               cwinans@peraica.com
              Ira  Bodenstein    on behalf of Trustee Ira  Bodenstein ibodenstein@shawfishman.com,
               cowens@shawfishman.com
              Ira  Bodenstein   iratrustee@shawfishman.com,   IL29@ecfcbis.com;cowens@shawfishman.com
              Josephine J Miceli   on behalf of Creditor    Alpine Bank & Trust Company f/k/a Alpine Bank of
               Illinois Jo@johnsonblumberg.com
              Kenneth W Bach   on behalf of Creditor    Alpine Bank & Trust Company f/k/a Alpine Bank of
               Illinois kennethb@johnsonblumberg.com,   bkecfnotices@johnsonblumberg.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                        TOTAL: 7
```