**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: BUNCE, JOHN　　　　　　　　　　　　　§　Case No. 14-36191
　　　BUNCE, NANCY　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　§

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

　　　Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $479,632.76　　　　　　　Assets Exempt: $112,017.23
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,990.77　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　　Without Payment: $37,123.89

Total Expenses of Administration: $1,672.03

---

　　　3) Total gross receipts of $     8,662.80     (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     0.00     (see **Exhibit 2**), yielded net receipts of $8,662.80 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $75,325.19 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,672.03 | 1,672.03 | 1,672.03 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 21,896.50 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 25,466.88 | 8,321.54 | 8,321.54 | 6,990.77 |
| **TOTAL DISBURSEMENTS** | $47,363.38 | $85,318.76 | $9,993.57 | $8,662.80 |

    4) This case was originally filed under Chapter 7 on October 06, 2014. The case was pending for 14 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/20/2015      By: /s/Ira Bodenstein
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2014 Federal income tax refund | 1224-000 | 2,086.00 |
| 129 shares of Integrys Energy | 1129-000 | 6,576.80 |
| **TOTAL GROSS RECEIPTS** | | **$8,662.80** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Alpine Bank & Trust Company f/k/a Alpine Bank of | 4110-000 | N/A | 75,325.19 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$75,325.19** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 1,616.28 | 1,616.28 | 1,616.28 |
| Ira Bodenstein | 2200-000 | N/A | 22.50 | 22.50 | 22.50 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 13.25 | 13.25 | 13.25 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,672.03 | $1,672.03 | $1,672.03 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Winnebago Co. Treasurer | 5200-000 | 3,163.26 | N/A | N/A | 0.00 |
| NOTFILED | Winnebago Co. Treasurer | 5200-000 | 2,683.12 | N/A | N/A | 0.00 |
| NOTFILED | Cindy Ziegler-Hefty | 5200-000 | 105.93 | N/A | N/A | 0.00 |
| NOTFILED | Cindy Ziegler-Hefty | 5200-000 | 110.67 | N/A | N/A | 0.00 |
| NOTFILED | Winnebago Co. Treasurer | 5200-000 | 2,622.36 | N/A | N/A | 0.00 |
| NOTFILED | Wayne County Tax Claim Bureau, Wayne Co. | 5200-000 | 858.29 | N/A | N/A | 0.00 |
| NOTFILED | Wayne County Tax Claim Bureau, Wayne Co. | 5200-000 | 885.71 | N/A | N/A | 0.00 |
| NOTFILED | Winnebago Co. Treasurer | 5200-000 | 3,177.56 | N/A | N/A | 0.00 |
| NOTFILED | Winnebago Co. Treasurer | 5200-000 | 2,562.52 | N/A | N/A | 0.00 |
| NOTFILED | Winnebago Co. Treasurer | 5200-000 | 3,091.22 | N/A | N/A | 0.00 |
| NOTFILED | Winnebago Co. Treasurer | 5200-000 | 2,635.86 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $21,896.50 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Wayne County Tax Claim Bureau | 7100-000 | N/A | 3,386.03 | 3,386.03 | 2,844.54 |
| 2 | American Express Centurion Bank | 7100-000 | 1,239.28 | 67.58 | 67.58 | 56.77 |
| 3 | Citibank, N.A. | 7100-000 | 6,492.83 | 668.90 | 668.90 | 561.93 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | MAIN STREET ACQUISITION CORP., ASSIGNEE | 7100-000 | 1,437.87 | 1,829.96 | 1,829.96 | 1,537.32 |
| 5 | American InfoSource LP as agent for | 7100-000 | 2,400.28 | 2,369.07 | 2,369.07 | 1,990.21 |
| NOTFILED | Cardio Assoc-Glenbrook | 7100-000 | 337.80 | N/A | N/A | 0.00 |
| NOTFILED | Cardio Assoc-Glenbrook | 7100-000 | 168.90 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Card Svcs/GM | 7100-000 | 5,060.28 | N/A | N/A | 0.00 |
| NOTFILED | Division Medical Group do Van | 7100-000 | 53.93 | N/A | N/A | 0.00 |
| NOTFILED | Jeffrey S. Wittmus, DDS | 7100-000 | 261.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot Credit Services | 7100-000 | 1,647.19 | N/A | N/A | 0.00 |
| NOTFILED | Kohl's Payment Ctr. | 7100-000 | 181.80 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot/Citibank | 7100-000 | 532.79 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank c/o MRS Assoc. | 7100-000 | 3,188.67 | N/A | N/A | 0.00 |
| NOTFILED | Northwest Orthopaedic | 7100-000 | 119.15 | N/A | N/A | 0.00 |
| NOTFILED | Meijer Pharmacy/GECRB | 7100-000 | 2,218.11 | N/A | N/A | 0.00 |
| NOTFILED | Talcott Internal Medicine | 7100-000 | 127.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$25,466.88** | **$8,321.54** | **$8,321.54** | **$6,990.77** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-36191  
**Case Name:** BUNCE, JOHN  
BUNCE, NANCY  
**Period Ending:** 11/20/15

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 10/06/14 (f)  
**§341(a) Meeting Date:** 11/21/14  
**Claims Bar Date:** 04/23/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2014 Federal income tax refund | 0.00 | 0.00 | | 2,086.00 | FA |
| 2 | 129 shares of Integrys Energy | 9,181.09 | 0.00 | | 6,576.80 | FA |
| 3 | Alpine Bank Account<br>Checking xxxxxx4210 | 223.13 | 0.00 | | 0.00 | FA |
| 4 | Alpine Bank Account<br>Savings xxxxxx4897 | 125.54 | 0.00 | | 0.00 | FA |
| 5 | Chase Bank Account<br>Checking xxxxxx8217 | 838.43 | 0.00 | | 0.00 | FA |
| 6 | Bank of America Account<br>Savings xxxxx9125 | 400.00 | 0.00 | | 0.00 | FA |
| 7 | Peoples Energy Credit Union<br>Checking xxxxx3460 | 1,124.43 | 0.00 | | 0.00 | FA |
| 8 | Household Goods and Furnishings | 695.00 | 0.00 | | 0.00 | FA |
| 9 | Personal clothing | 200.00 | 0.00 | | 0.00 | FA |
| 10 | Joint Debtor's MetLife Whole Life Policy | 14,000.00 | 0.00 | | 0.00 | FA |
| 11 | Debtor's 401K with Peoples Energy | 88,226.23 | 0.00 | | 0.00 | FA |
| 12 | 2001 Mitsubishi Mirage | 1,400.00 | 0.00 | | 0.00 | FA |
| 13 | 1999 Chevy Suburban | 1,600.00 | 0.00 | | 0.00 | FA |
| 14 | 1965 Chevy Corvair | 100.00 | 0.00 | | 0.00 | FA |
| 15 | Single Family Home 5021 W. Grace, Chicago, Il | 150,000.00 | 0.00 | OA | 0.00 | FA |
| 16 | 2 Unit Duplex, 3207 Montrose, Rockford, IL | 80,000.00 | 5,000.00 | OA | 0.00 | FA |
| 17 | 2 Unit Duplex 2906 Sitka Lane, Rockford IL | 60,000.00 | 0.00 | OA | 0.00 | FA |
| 18 | Vacant lot, Newfoundland, PA | 7,000.00 | 2,542.70 | OA | 0.00 | FA |
| 19 | Vacant lot, Newfoundland PA | 6,700.00 | 2,242.70 | OA | 0.00 | FA |
| 20 | 2 Unit Duplex, 3225 Sablewood, Rockford, IL | 67,000.00 | 0.00 | OA | 0.00 | FA |
| **20** | **Assets** Totals (Excluding unknown values) | **$488,813.85** | **$9,785.40** | | **$8,662.80** | **$0.00** |

**Major Activities Affecting Case Closing:**

4/20/2015- Liquidate Integrys stock

Printed: 11/20/2015 03:51 PM    V.13.25

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-36191  
**Case Name:** BUNCE, JOHN  
BUNCE, NANCY  
**Period Ending:** 11/20/15

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 10/06/14 (f)  
**§341(a) Meeting Date:** 11/21/14  
**Claims Bar Date:** 04/23/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Review claims | | | | | |
| Prepare TFR | | | | | |

**Initial Projected Date Of Final Report (TFR):** December 31, 2015    **Current Projected Date Of Final Report (TFR):** December 31, 2015

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 14-36191 | | **Trustee:** | Ira Bodenstein (330129) |
|---|---|---|---|---|
| **Case Name:** | BUNCE, JOHN | | **Bank Name:** | Rabobank, N.A. |
| | BUNCE, NANCY | | **Account:** | ******7166 - Checking Account |
| **Taxpayer ID #:** | **-***4168 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 11/20/15 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/17/15 | {1} | John Bunce | 2014 federal tax refund | 1224-000 | 2,086.00 | | 2,086.00 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,076.00 |
| 05/07/15 | {2} | Chase | Sale of Integrys Stock | 1129-000 | 6,576.80 | | 8,652.80 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 8,642.80 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.25 | 8,629.55 |
| 09/18/15 | 101 | Ira Bodenstein | TFR approved 9/16/2015 Dkt. 45 | 2100-000 | | 1,616.28 | 7,013.27 |
| 09/18/15 | 102 | Ira Bodenstein | TFR approved 9/16/2015 Dkt 45 | 2200-000 | | 22.50 | 6,990.77 |
| 09/18/15 | 103 | Wayne County Tax Claim Bureau | Final distribution | 7100-000 | | 2,844.54 | 4,146.23 |
| 09/18/15 | 104 | American Express Centurion Bank | Ref # 82007 | 7100-000 | | 56.77 | 4,089.46 |
| 09/18/15 | 105 | Citibank, N.A. | Ref # 3216 | 7100-000 | | 561.93 | 3,527.53 |
| 09/18/15 | 106 | MAIN STREET ACQUISITION CORP., ASSIGNEE | Ref # 9271 | 7100-000 | | 1,537.32 | 1,990.21 |
| 09/18/15 | 107 | American InfoSource LP as agent for | Ref # 3084 | 7100-000 | | 1,990.21 | 0.00 |

|  |  | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 8,662.80 | 8,662.80 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 8,662.80 | 8,662.80 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,662.80** | **$8,662.80** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******7166** | 8,662.80 | 8,662.80 | 0.00 |
| | $8,662.80 | $8,662.80 | $0.00 |

{} Asset reference(s)                                                                                                       Printed: 11/20/2015 03:51 PM    V.13.25